**Order entered September 1, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00770-CV

### TTS, LLC, Appellant

### V.

### TRINITY LOGISTICS, INC., ET AL., Appellees

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-05512-2021**

## ORDER

Before the Court is appellant's August 30, 2022 unopposed motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **October 3, 2022**.

/s/    KEN MOLBERG
        JUSTICE